United States District Court
Southern District of Texas
**ENTERED**
June 12, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:20-CR-944 |
| | § | |
| IRVIN GABRIEL IGLESIAS | § | |

## ORDER

Came on to be considered Defendant Irvin Gabriel Iglesias's Motion to Amend Terms and Conditions of Release [Doc. No. 20], and the Court after having reviewed said Motion is of the opinion that it should be and is hereby **GRANTED.**

It is hereby ORDERED, that the terms and conditions of release are amended as such: Defendant IGLESIAS is allowed to travel anywhere in Texas for work related purposes, only so long as the Defendant notifies Laura Iglesias with the United States Pretrial Services.

SO ORDERED this 12th day of June, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge

1 / 1